FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 OCT 15 PM 3:38
CLERK M. akris
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO AVILES RODRIGUEZ, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 319-052 |
| RAFAEL VERGARA, Warden, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 15th day of October, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE